IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRAFFIC INFORMATION, LLC | § | |
| | § | |
| *Plaintiff*, | § | |
| vs. | § | |
| | § | |
| YAHOO! INC.; HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.; HEWLETT-PACKARD COMPANY; THE AMERICAN AUTOMOBILE ASSOCIATION, INC.; RAND MCNALLY & COMPANY; and MAPQUEST, INC., | § § § § § § § | Case No. 1:09-cv-786<br><br>JURY TRIAL DEMANDED |
| *Defendants*. | § | |

## PLAINTIFF TRAFFIC INFORMATION, LLC'S DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, Plaintiff, Traffic Information, LLC, states that it has no parent corporation and that no publicly held corporation owns 10% or more of Traffic Information LLC's stock.

Respectfully submitted,

Dated: August 14, 2009

By: /s/ Elizabeth L. DeReiux
C. Dale Quisenberry
State Bar No. 24005040
dquisenberry@pqelaw.com
John T. Polasek
State Bar. No. 16088590
tpolasek@pqelaw.com
Jeffrey S. David
State Bar No. 24053171
jdavid@pqelaw.com
POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
6750 West Loop South, Suite 920
Bellaire, Texas 77401
Telephone: (832) 778-6000
Facsimile: (832) 778-6010

S. Calvin Capshaw
State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
ederieux@capshawlaw.com
D. Jeffrey Rambin
State Bar No. 00791478
jrambin@capshawlaw.com
CAPSHAW DERIEUX, L.L.P.
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

ATTORNEYS FOR PLAINTIFF